UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

**Order of Restitution**

v.

REGINALD DEWITT,

17 Cr. 633 (SHS)

Defendant.

Upon the application of the United States of America, by its attorney, Damian Williams,

United States Attorney for the Southern District of New York, Nicholas Folly, Assistant United

States Attorney, of counsel; the presentence investigation report; the defendant's conviction; and

all other proceedings in this case; and with the consent of the defendant, through counsel, it is

hereby ORDERED that:

1.   **Amount of Restitution**

The defendant shall pay restitution in the total amount of $1,486,000.31, pursuant to 18

U.S.C. § 3663A, to the victims of the offenses charged. Upon advice by the United States

Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send

payments to the new address without further order of this Court.

    **A.**   **Joint and Several Liability**

Restitution is joint and several with the defendants in 18 Cr. 289 (SHS) (Robert Locust,

Ryan Rainford, and Peter Kalkanis), and the defendants in 21 Cr. 530 (SHS) (Sady Ribeiro, Adrian

Alexander, Andrew Dowd, Marc Elefant, and George Constantine). The defendant's liability to

pay restitution shall continue unabated until either the defendant has paid the full amount of

restitution ordered herein, or every victim set forth in this Order and in Schedule A, attached

hereto, has recovered the total amount of its loss.

2.    **Defendant's Joint and Individual Liability and Apportionment Among Victims**

Restitution shall be paid to the victims identified below, and as set forth in Schedule A, on a percentage basis.  The defendant is jointly and severally liable for restitution to each victim as set forth in Schedule A.

3.    **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

A.    In the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2).  The defendant will commence monthly installment payments of at least seven and a half percent (7.5%) of the defendant's gross income, payable on the 15ᵗʰ of each month, immediately upon entry of this judgment.

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. § 3613, to the extent warranted.

C.    Pursuant to 28 U.S.C. § 2044 and 18 U.S.C. § 3611, the Court shall order any money belonging to and deposited by a defendant with the Clerk of Court for the purposes of a criminal appearance bail bond to be applied to the payment of restitution.

3.    **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt.  Checks  and  money

orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611.  The defendant shall write his name and the docket number of this case on each check or money order.

**4**.   **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5. **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b).   Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

SO ORDERED:

HONORABLE SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE

DATED: New York, New York
November 6, 2023

4

## SCHEDULE A

*(Filed Under Seal)*

